**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Terek Rasheed Goodwin, Appellant.

Appellate Case No. 2019-001014

———————

Appeal From Dorchester County
Perry M. Buckner, III, Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-159
Submitted March 1, 2022 – Filed April 6, 2022

———————

**AFFIRMED**

———————

Tommy Arthur Thomas, of Irmo, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, all for Respondent.

———————

**PER CURIAM:** Terek Rasheed Goodwin appeals his conviction and thirty-year sentence for kidnapping, first-degree burglary, and common-law robbery. On appeal, he argues the trial court erred in conducting jury qualification outside his presence.

We hold Goodwin failed to preserve this issue for appellate review because he did not contemporaneously object to the manner in which the trial court conducted jury qualification. *See State v. Johnson*, 363 S.C. 53, 58, 609 S.E.2d 520, 523 (2005) ("To preserve an issue for review there must be a contemporaneous objection that is ruled upon by the trial court."); *State v. Williams*, 303 S.C. 410, 411, 401 S.E.2d 168, 169 (1991) ("A defendant must object at his first opportunity to preserve an issue for appellate review."); *Johnson*, 363 S.C. at 58, 609 S.E.2d at 523 ("The objection should be addressed to the trial court in a sufficiently specific manner that brings attention to the exact error."); *id.* at 58-59, 609 S.E.2d at 523 ("If a party fails to properly object, the party is procedurally barred from raising the issue on appeal.").

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.